UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY TAYLOR, | Case No. ED CV 14-02285 DMG (RAO) |
|---|---|
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Commissioner's Motion to Dismiss, Plaintiff's response thereto, all of the other records and files herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections to the Report has passed, and no objections have been filed. The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

/ / /

/ / /

1   IT IS ORDERED that the Commissioner's Motion to Dismiss is DENIED
2 and that this action is REMANDED to the Commissioner for further proceedings
3 consistent with the Report.

5 DATED: April 12, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE