# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. ED CV 14-02285 DMG (RAO)<br><br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Commissioner's motion to dismiss is DENIED and this matter REMANDED for further administrative action.

DATED: April 12, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE